UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| HEATHER HUFFMAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:18-cv-166-ACL |
|  | ) |  |
| JOSHUA GREGORY, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte.* On August 16, 2018, mail that this Court sent to plaintiff was returned without a forwarding address, and plaintiff has not notified the Court of any change in her address. The Local Rules of this Court require a *pro se* party to promptly notify the Clerk of any change in her address or telephone number. *See* E.D. Mo. L.R. 2.06(B). "If any mail to a *pro se* plaintiff or petitioner is returned to the Court without a forwarding address and the *pro se* plaintiff does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (Docket No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff's motion for the appointment of counsel (Docket No. 3) is **DENIED** as moot.

Dated this 24th day of September, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE